Richard H. Friedman (CA Bar No. 221622)
rfriedman@friedmanrubin.com
Jeffery K. Rubin (*Pro Hac Vice*)
jrubin@friedmanrubin.com
James A. Hertz (*Pro Hac Vice*)
jhertz@friedmanrubin.com
Henry G. Jones (*Pro Hac Vice*)
hjones@friedmanrubin.com
Friedman | Rubin
1126 Highland Avenue
Bremerton, WA 98337
Ph: 360-782-4300
Fax: 360-782-4358

Michael J. Bidart (CA Bar No. 60582)
mbidart@shernoff.com
Gregory L. Bentley (CA Bar No. 151147)
gbentley@shernoff.com
Shernoff Bidart Echeverria Bentley LLP
600 S. Indian Hills Blvd.
Claremont, CA 91711
Ph: 909-621-4935
Fax: 909-625-6915

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY BROFFMAN, M.D., an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE CO., *et al.*<br><br>Defendants. | Case No. 3:13-cv-04922-JD<br><br>Action Filed: 10/23/2013<br><br>**APPLICATION FOR RELIEF FROM PERSONAL ATTENDANCE REQUIREMENT OF LEAD TRIAL COUNSEL** |

Pursuant to the Order at Docket No. 89 at 2:2-5, Jeffery Broffman, M.D. applies for relief from the personal attendance requirement of lead trial counsel at the February 9, 2015 court ordered settlement conference in this matter. It appears at this time that plaintiff's lead trial counsel, Richard H. Friedman, will be in trial in the case of *M.H. v. County of Alameda*,

1  Case No. C11-2868 JST (LB) (N.D. Cal.). Trial in *M.H.* is beginning on February 2, 2015 and
2  is likely to extend beyond February 9, 2015. Trial is being held in San Francisco and lead
3  counsel will be in the court building. This potential conflict was identified to Judge Donato on
4  December 30, 2014 and he gave Mr. Friedman permission to be absent from the conference.
5  Plaintiff will be represented by experienced trial counsel at the Settlement Conference,
6  including counsel primarily responsible for the pre-trial litigation and preparation of the case.

   DATED this 26th day of January, 2015.

   */s/ Jeffrey K. Rubin*
   Jeffrey K. Rubin
   Friedman | Rubin

   Attorneys for Jeffery Broffman, M.D.

IT IS SO ORDERED, as long as Mr. Broffman is in the building.
Dated: 1/27/15



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FRIEDMAN | RUBIN**®
1126 Highland Avenue
Bremerton, Washington  98337
(360) 782-4300

# CERTIFICATE OF SERVICE
## STATE OF WASHINGTON, COUNTY OF KITSAP

I am employed in the County of Kitsap, State of Washington. I am over the age of 18 and not a party to the within action; my business address is 1126 Highland Ave., Bremerton, WA 98337. Email address: dwatkins@friedmanrubin.com.

I HEREBY CERTIFY that on January 26, 2015, I served the foregoing Application for Relief from Personal Attendance Requirement of Lead Trial Counsel with the Clerk's Office using the CM/ECF System which provided for transmittal of a notice of Electronic Filing to the following CM/ECF registrant(s):

Peter H. Klee, Esq.
Charles A. Danaher, Esq.
Sheppard, Mullin, Richter & Hampton LLP
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
cdanaher@sheppardmullin.com
pklee@sheppardmullin.com

Theona Zhordania, Esq.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA   90071
tzhordania@sheppardmullin.com

Counsel for Defendants
Provident Life & Accident Insurance Company
Unum Group

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the above is true and correct. Executed at Bremerton, Washington on **January 26, 2015.**

/s/ Dana C. Watkins
Dana C. Watkins

**FRIEDMAN | RUBIN**®
1126 Highland Avenue
Bremerton, Washington  98337
(360) 782-4300