UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY BROFFMAN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 13-cv-04922-JD <br><br> **ORDER RE REMOTE REALTIME FEED FOR TRIAL** |

The Court previously authorized defendants to work with a vendor, Courtroom Connect, to provide secure high-speed wired Internet access in the courtroom as well as a remote Realtime transcript feed that could be viewed outside of the courthouse. Dkt. No. 157. The Court further orders as follows.

Defendants Provident Life and Accident Insurance Company and Unum Group may arrange for a remote Realtime transcript feed for the duration of the trial in this action, which is set to begin on Monday, April 27, 2015. The parties may proceed to make arrangements with the Court Information Technology Group and the court reporter to bring into the courtroom the necessary computer equipment to facilitate the remote Realtime transcript feed.

Judicial Conference policy restricts access to Realtime unedited transcripts to parties to the case who have ordered Realtime; defendants Provident Life and Accident Insurance Company and Unum Group are responsible for ensuring that the remote Realtime transcript feed is not provided to individuals or entities who are not participating in the case.

//

//

//

1     Only court reporters may provide Realtime unedited transcript feeds to any party or parties
2 in the courtroom.
3     **IT IS SO ORDERED.**
4 Dated: April 15, 2015

_____
JAMES DONATO
United States District Judge