UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY BROFFMAN, M.D.,<br><br>  Plaintiff,<br><br>  v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>  Defendants. | Case No.  13-cv-04922-JD<br><br>**VOIR DIRE QUESTIONS** |

The Court will ask these voir dire questions at the request of the parties.  They are in addition to the Court's standard questions.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
JAMES DONATO
United States District Judge

1. Have you or anyone close to you ever worked for an insurance company?
2. Do you or anyone close to you own shares of stock in an insurance company?
3. Have you or anyone close to you ever worked in the healthcare profession?
4. Do you or anyone close to you have any training or education in a healthcare field?
5. Have you or anyone close to you ever made a claim for coverage under a disability insurance policy?
6. Have you or anyone close to you ever filed for disability benefits from a state or federal agency?
7. Have you or anyone close to you received medical or surgical treatment for back pain?
8. Do you or anyone close to you have experience with paddle surfing or paddle-boarding?
9. Do you know any of these individuals:
    a. Plaintiff Dr. Jeffery Broffman
    b. Dr. Alan Hunstock, Dr. Charles DiRaimondo, Dr. Gregory Rosa, Dr. Brian Subach, Dr. Devin Lonergan, Dr. Philip Weinstein
    c. Jane Broffman, Mary Fuller, Laura Taylor, Diana Bubanja, Jennifer Hill, Allan Windt, Dr. Michael Kaplan, Dr. Lawrence Shuer, Kimberley Pollock, Ian Cairns, Karin Bryan, Jim May, Harold Appleton, Dorothy Coleman-Riese, Allan Hill, Steven Levenberg
    d. The lawyers in this case: Richard Friedman, Jeffrey Rubin, James Hertz, Henry Jones, Michael Bidart, Gregory Bentley, Peter Klee, Charles Danaher, Theona Zhordania
    e. Anyone associated with defendant Provident Life & Accident Insurance Company?
    f. Anyone associated with defendant Unum Group?
10. Have you or anyone close to you ever had any business or insurance dealings with Provident Life Insurance?

11. Have you or anyone close to you ever had any business or insurance dealings with Unum Group?

12. Have you or anyone close to you ever been involved in a dispute with an insurance company?

13. Do you have strong negative or positive feelings about insurance companies?

14. Do you have strong negative or positive feelings about individuals who seek disability benefits?

15. Have you or anyone close to you been classified as disabled?

16. Have you or anyone close to you ever appeared in court or a court proceeding as a plaintiff or defendant, a witness or as an expert?

17. Do you have any difficulty understanding English or reading documents in English?

18. Do you know of any other issue or matter we have not already discussed that you believe would affect your ability to be a fair and impartial juror in this case?