UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY BROFFMAN, M.D.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.  13-cv-04922-JD<br><br>**ORDER RE MISTRIAL AND STATUS CONFERENCE** |

A jury trial began in this case on April 27, 2015.  The jury of nine began deliberating after closing arguments and jury instructions were given on May 5, 2015.  The Court now finds a mistrial after approximately twelve hours of deliberation, based on notes from the jury indicating deadlock and improper Internet research.

A status conference will be held on July 1, 2015, at 1:30 p.m., with the parties to file a joint statement by June 24, 2015.  The Court will set a new trial date at the status conference.

**IT IS SO ORDERED.**

Dated: May 6, 2015

_____
JAMES DONATO
United States District Judge